Donald James Runnals
9 Middle Rd.
Lafayette, CA 94549

FILED
SEP 14 2023
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re
DONALD JAMES RUNNALS

Case No. 23-41137 WJL 7
(Chapter 7)

Petitioner/Debtor.
_____/

Motion for Requesting Time to File Schedules, Statement of Financial Affairs, Plan and other documents

The motion of DONALD JAMES RUNNALS respectfully presents:

1. Debtor has filed a voluntary petition under Chapter 7 of Title 11 of the United States Code on September 8, 2023, prior to the date hereof.

2. Debtor is an elderly man with an elderly wife and has the task of putting together all the required documents for this instant petition and will need approximately 45 days to locate and prepare all foundational documentation in compliance with order of the court.

3. Debtor needs more time to determine other lawful claimants before plan, schedules and other documents can be submitted.

WHEREFORE, debtor prays that the time for filing schedules, plan, statement of affairs and other documents be extended for forty-five days, and that he have such other and further relief as is just.

DATED: 14 September 2023

Respectfully Presented,

By: *(signature)*
Donald James Runnals

Donald James Runnals
9 Middle Rd.
Lafayette, CA 94549

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re                                    Case No. 23-41137 WJL 7
DONALD JAMES RUNNALS                     (Chapter 7)

Petitioner/Debtor.
_____/

### Order Granting Further Time To File Schedules, Statement of Financial Affairs, Plan and other documents

Upon the motion of DONALD JAMES RUNNALS, the above-named debtor, praying for an extension of time under Bankruptcy Rule 1007(c) and for other relief, it is:

ORDERED that the time of said debtor to file schedules and statement of affairs be, and hereby is extended for _____ days from the date of this order.

Dated: _____

_____
Bankruptcy Court Judge

Donald James Runnals
9 Middle Rd.
Lafayette, CA 94549

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re
DONALD JAMES RUNNALS

Case No. 23-41137 WJL 7
(Chapter 7)

Petitioner/Debtor.
_____/

Declaration of Service

I, declare as follows:

I am over the age of eighteen years old.

On September 14, A.D. 2023 I served by U.S. Mail a true copy of Debtor's Motion for Further Time to File Schedules, Statement of Financial Affairs, Plan and other documents, Order Granting Time To File Schedules, Statement of Financial Affairs, Plan and other documents in the UNITED STATES BANKRUPTCY COURT, CALIFORNIA NORTHERN BANKRUPTCY COURT to:

| | | |
|---|---|---|
| Janina M Hoskins<br>Trustee<br>P.O. Box 158<br>Middletown, CA 95461 | ZBS Law, LLP<br>Nichole L. Glowin<br>30 Corporate Park, Suite 450<br>Irvine, CA 92606 | Nancy Connolly<br>555 Hahaione St PH2<br>Honolulu, HI 96825 |

And that I served the same by depositing in an envelope a copy of the above stated documents, sealed the same and paid the required postage for mailing which was sent to the address herein which has service for U.S. Mail available.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: __9/14/23__     By: _____

NOTICE: THIS INSTRUMENT IS ISSUED UNDER THE SOLE ACTOR DOCTRINE