| | |
|---|---|
| 1 | ZBS Law, LLP |
| 2 | Nichole L. Glowin, Esq. #262932 |
|   | 30 Corporate Park, Suite 450 |
| 3 | Irvine, CA 92606 |
|   | Phone:        (714) 848-7920 |
| 4 | Facsimile:   (714) 908-7807 |
|   | Email:         bankruptcy@zbslaw.com |
| 5 | |
| 6 | Counsel for Movant, ARCPE 1 LLC |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re: | Case No.: 23-41137 |
| Donald James Runnals, | Chapter: 7 |
| Debtor. | **REQUEST FOR SPECIAL NOTICE** |

**TO THE HONORABLE WILLIAM J. LAFFERTY, DEBTORS, DEBTORS' ATTORNEY OF RECORD, THE CHAPTER 7 TRUSTEE, AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. §§ 102(1) and 1109 (b), **ARCPE 1 LLC**, a Creditor in the above-referenced case, hereby

1

requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to Nichole L. Glowin, Esq., at the following office and address and that the following counsel for **ARCPE 1 LLC**, be included on the master mailing list:

> **Nichole L. Glowin, Esq. #262932**
> **ZBS Law, LLP**
> **30 Corporate Park, Suite 450**
> **Irvine, CA 92606**
> **Phone: (714) 848-7920**
> **Facsimile: (714) 908-7807**
> **Email: bankruptcy@zbslaw.com**

The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, requests, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect in any way right or interests of the Debtors.

Dated: September 18, 2023                ZBS Law, LLP

/s/ Nichole L. Glowin
Nichole L. Glowin, Esq.
Attorney for Secured Creditor,
ARCPE 1 LLC

ZBS Law, LLP
Nichole L. Glowin, Esq. #262932
30 Corporate Park, Suite 450
Irvine, CA 92606
Phone: (714) 848-7920
Facsimile: (714) 908-7807
Email: bankruptcy@zbslaw.com

Counsel for Movant, ARCPE 1 LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

In re:

Donald James Runnals,

Debtor.

Case No.: 23-41137

Chapter: 7

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, **Katherine Kellams**, certify that I am a resident of Orange County, California. I am over the age of 18 years and am not a party to the within action. My business address is 30 Corporate Park, Suite 450, Irvine, California 92606.

On **September 18, 2023**, I served the within **REQUEST FOR SPECIAL NOTICE,** on all

1

interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Irvine, California, addressed as follows:

**Debtor:**
Donald James Runnals
9 Middle Rd.
Lafayette, CA 94549

In addition to any paper copies served by U.S. Mail, registered ECF participants, including parties who have requested Special Notice in this case, will receive an electronic copy of the foregoing document when it has been filed with the Court.

| | |
|---|---|
| Janina M. Hoskins, Trustee | jmelder7@aol.com |
| Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |

I certify under penalty of perjury the foregoing is true and correct.

Executed on **September 18, 2023,** at Irvine, California.

/s/ Katherine Kellams
**Katherine Kellams**