UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

IN RE:  CASE NO.: 23-40678
    CHAPTER 13

Donald James Runnals,
    Debtor.

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. Bank National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-2 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP**
**350 10TH AVENUE, SUITE 1000**
**SAN DIEGO, CA 92101**

    Robertson, Anschutz, Schneid & Crane LLP
    Authorized Agent for Secured Creditor
    350 10th Avenue, Suite 1000
    San Diego, CA 92101
    Telephone: 470-321-7112

    By: /s/Theron S. Covey
        Theron S. Covey
        Email: tcovey@raslg.com

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that on June 18, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

DONALD JAMES RUNNALS
9 MIDDLE RD.
LAFAYETTE, CA 94549

And via electronic mail to:

MARTHA G. BRONITSKY
P.O. BOX 5004
HAYWARD, CA 94540

OFFICE OF THE U.S. TRUSTEE/OAK
OFFICE OF THE UNITED STATES TRUSTEE
PHILLIP J. BURTON FEDERAL BUILDING
450 GOLDEN GATE AVE. 5TH FL., #05-0153
SAN FRANCISCO, CA 94102

              By: /s/ Angela Gill