# Notice Recipients

District/Off: 0971–4    User: admin    Date Created: 12/13/2023
Case: 23–41137    Form ID: ODSC7FI    Total: 20

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |
| tr | Janina M. Hoskins | jmelder7@aol.com |
| aty | Nichole Glowin | bankruptcy@zbslaw.com |
| aty | Theron S. Covey | tcovey@raslg.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Donald James Runnals | 9 Middle Rd.    Lafayette, CA 94549 |
| cr | ARCPE 1 LLC | ZBS Law, LLP    30 Corporate Park, Suite 450    Irvine, CA 92606 UNITED STATES |
| cr | U.S. Bank National Association., | Robertson, Anschutz, Schneid, Crane    350 10th Avenue, Suite 1000    San Diego, CA 92101 |
| intp | Ursula Runnals | 9 Middle Road    Lafayette, CA 94549 |
| smg | Labor Commissioner | 1515 Clay St.    Room 801    Oakland, CA 94612 |
| smg | State Board of Equalization | Collection Dept.    P.O. Box 942879    Sacramento, CA 94279 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E    P.O. Box 826880    Sacramento, CA 94280–0001 |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit    P.O. Box 2952    Sacramento, CA 95812–2952 |
| 15539035 | ARCPE 1, LLC | c/o Planet Home Lending, LLC    321 Research Pkwy    Meriden, CT 06450–8301 |
| 15539037 | Nancy Connolly | 555 Hahaione St PH2    Honolulu, HI 96825 |
| 15550182 | PHH (US Bank NA) | PO Box 24738    West Palm Beach FL 33416 |
| 15539034 | PHH Mortgage Corporation | Banktuptcy Department    P.O. Box 24605    West Palm Beach, FL 33416–4605 |
| 15550183 | Planet Home Lending | 321 Research Parkway STE 303    Meriden CT 06450 |
| 15541444 | U.S. Bank National Association., | Robertson, Anschutz, Schneid, & Crane PL    13010 Morris Rd., Suite 450    Alpharetta, GA 30004 |
| 15539036 | WFG National–Default Services | ZBS Law, LLP    30 Corporate Park, Ste 450    Irvine, CA 92606 |
| 15539033 | c/o Western Progressive, LLC | 2300 Lakeview Parkway, Ste 756    Alpharetta, GA 3 0009 |

TOTAL: 16