United States Bankruptcy Court
Northern District of California

In re:                                                Case No. 23-41137-WJL
Donald James Runnals                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-4                    User: admin                         Page 1 of 2
Date Rcvd: Dec 13, 2023            Form ID: ODSC7FI                Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donald James Runnals, 9 Middle Rd., Lafayette, CA 94549-3325 |
| cr | + | ARCPE 1 LLC, ZBS Law, LLP, 30 Corporate Park, Suite 450, Irvine, CA 92606, UNITED STATES 92606-3401 |
| intp | + | Ursula Runnals, 9 Middle Road, Lafayette, CA 94549-3325 |
| 15539037 | + | Nancy Connolly, 555 Hahaione St PH2, Honolulu, HI 96825-1462 |
| 15550182 | + | PHH (US Bank NA), PO Box 24738, West Palm Beach FL 33416-4738 |
| 15539036 | + | WFG National-Default Services, ZBS Law, LLP, 30 Corporate Park, Ste 450, Irvine, CA 92606-3401 |
| 15539033 | + | c/o Western Progressive, LLC, 2300 Lakeview Parkway, Ste 756, Alpharetta, GA 30009-9066 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Dec 14 2023 05:00:00 | CA Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Dec 14 2023 05:06:00 | CA Franchise Tax Board, Special Procedures Bankruptcy Unit, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | EDI: CALTAXFEE | Dec 14 2023 05:00:00 | State Board of Equalization, Collection Dept., P.O. Box 942879, Sacramento, CA 94279 |
| smg | ^ | MEBN | Dec 14 2023 00:48:31 | Labor Commissioner, 1515 Clay St., Room 801, Oakland, CA 94612-1463 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 14 2023 00:01:00 | U.S. Bank National Association.,, Robertson, Anschutz, Schneid, Crane, 350 10th Avenue, Suite 1000, San Diego, CA 92101-8705 |
| 15539035 | | Email/Text: BKMAIL@planethomelending.com | Dec 14 2023 00:01:00 | ARCPE 1, LLC, c/o Planet Home Lending, LLC, 321 Research Pkwy, Meriden, CT 06450-8301 |
| 15539034 | | EDI: LCIPHHMRGT | Dec 14 2023 04:59:00 | PHH Mortgage Corporation, Banktuptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 15550183 | + | Email/Text: BKMAIL@planethomelending.com | Dec 14 2023 00:01:00 | Planet Home Lending, 321 Research Parkway STE 303, Meriden CT 06450-8342 |
| 15541444 | + | Email/Text: RASEBN@raslg.com | Dec 14 2023 00:01:00 | U.S. Bank National Association.,, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Janina M. Hoskins | jmelder7@aol.com  Ca80@ecfcbis.com |
| Nichole Glowin | on behalf of Creditor ARCPE 1 LLC bankruptcy@zbslaw.com |
| Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |
| Theron S. Covey | on behalf of Creditor U.S. Bank National Association.  tcovey@raslg.com |

TOTAL: 4

Form ODSC7FI

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court (Oakland)

**In re:**
Donald James Runnals
9 Middle Rd.
Lafayette, CA 94549

**Case Number:** 23–41137 WJL 7
**Chapter:** 7

Debtor(s)

**Debtor/Joint Debtor Social Security Number(s):**
   xxx–xx–0115

## DISCHARGE OF DEBTOR AND FINAL DECREE

    It appearing that the debtor(s) is/are entitled to a discharge, **IT IS ORDERED**:
The debtor(s) is/are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

    It further appears that the trustee, Janina M. Hoskins in the above–entitled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

    ORDERED that the chapter 7 case of the above–named debtor is closed; that the Trustee is discharged and relieved of said trust.

Dated: 12/13/23

By the Court:

William J. Lafferty
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Doc # 25

## EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**