# Notice Recipients

District/Off: 0971–4 | User: admin | Date Created: 12/28/2023
Case: 23–41137 | Form ID: pdfeoc | Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Donald James Runnals     9 Middle Rd.     Lafayette, CA 94549

TOTAL: 1